CITY OF NEWARK *ET AL.,* PLAINTIFFS-RESPONDENTS, v. JAMES BENJAMIN *ET AL.,* DEFENDANTS-APPELLANTS.

Superior Court of New Jersey
Appellate Division

Argued October 6, 1976—Decided October 6, 1976.

Before Judges LYNCH, MILMED and ANTELL.

*Mr. Bernard K. Freamon* of the Rutgers Urban Legal Clinic, argued the cause for appellants.

*Mr. Salvatore Perillo,* First Assistant Corporation Counsel of the City of Newark, argued the cause for respondents (*Mr. Milton A. Buck,* Corporation Counsel, attorney).

PER CURIAM. The judgment entered in the Superior Court of New Jersey, Chancery Division, on September 2, 1976, is affirmed substantially for the reasons stated by Judge Yanoff in his opinion dated September 1, 1976.